**Thomas P. Riley, SBN 194706**
LAW OFFICES OF THOMAS P. RILEY, P.C.
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030-3227**

**Tel:  626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**Joe Hand Promotions, Inc.**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.,** | **CASE NO. 1:11-cv-00498-AWI-SMS** |
| **Plaintiff,** | **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING SCHEDULING CONFERENCE; AND ORDER** |
| **v.** | |
| **JAMES ERIC WILLIAMS, et al.** | |
| **Defendants.** | |

   **TO THE HONORABLE SANDRA M. SNYDER, THE DEFENDANTS AND THEIR ATTORNEY/S OF RECORD:**

   Plaintiff Joe Hand Promotions, Inc., hereby applies *ex parte* for an order continuing the Initial Scheduling Conference presently set for Thursday, June 9, 2011 at 9:00 AM.   As set forth below Plaintiff respectfully requests that the Court continue the Initial Scheduling Conference to a new date approximately Thirty (30) to Forty-Five (45) days forward.

   The request for the brief continuance is necessitated by the fact that Plaintiff has not yet perfected service of the initiating suit papers upon the Defendants James Eric Williams a/k/a Eric E. Williams and Katherine Inez Williams a/k/a Katherine I. Williams a/k/a Katherine I. Gonzalez, individually and d/b/a All Pro Pizza; and All Pro Pizza, LLC, an unknown business entity d/b/a All Pro Pizza.   As a result, Plaintiff's counsel has not conferred with the defendants concerning the claims, discovery, settlement, or any of the other pertinent issues involving the case itself or the preparation of a Joint Status Report.

1

2

3

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Initial Scheduling Conference, presently scheduled for Thursday, June 9, 2011 at 9:00 AM to a new date approximately Thirty (30) to Forty-Five (45) days forward.

4

5

6                                          Respectfully submitted,

7

8

9

10

11

12

Dated: June 2, 2011                        */s/ Thomas P. Riley*

**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
Joe Hand Promotions, Inc.

13

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1

## **ORDER**

2

3          It is hereby ordered that the Scheduling Conference in civil action number 1:11-cv-00498-AWI-

4    SMS styled *Joe Hand Promotions, Inc. v. James Eric Williams, et al.*, is hereby continued from

5    Thursday, June 9, 2011 at 9:00 AM, to:

6

7    **Monday, August 1, 2011 at 9:30 a.m. in Courtroom 7 before Judge Snyder.**

8

9    **IT IS SO ORDERED**:

10

11   Dated:    June 2, 2011                              /s/ Sandra M. Snyder
                                                      UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28