Monica A. Mihell, Esq.
Mihell & Associates
1541 Ocean Avenue, Suite 200
Santa Monica, California 90401
Telephone: (310) 424-1415
Facsimile (310) 424-1416
E-Mail: mihelllaw@gmail.com

Co-Counsel and Attorneys for Plaintiff and Judgment Creditor,

JOE HAND PROMOTIONS, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br>　　　　　　Plaintiff, <br><br>　vs. <br><br>JAMES ERIC WILLIAMS, et al. <br><br>　　　　　　Defendants. | Case No.: 1:11-cv-00498-AWI-SMS <br><br>**JUDGMENT CREDITOR'S REQUEST AND ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER** <br><br>**[F.R.C.P. RULE 4.1(a); LOCAL RULE 64-2]** <br><br>Date:　　　[No Hearing Required] <br>Time:　　　[No Hearing Required] <br>Courtroom:　The Honorable Anthony W. Ishii <br><br>Court:　　　2500 Tulare Street <br>　　　　　　Fresno, CA 95184 |

　　　Plaintiff and Judgment Creditor, JOE HAND PROMOTIONS, INC., pursuant to the

provisions of Rule 4.1(a) of the Federal Rules of Civil Procedure and Rule 54-2 of the Local

Rules of the United States District Court for the Eastern District of California, requests that a

1

registered process server, who is at least 18 years of age, of suitable discretion, and not a party to the within action, be authorized and appointed to serve writs in the above case.

The United States Marshal shall remain the Levying Officer.

DATED: May 25, 2012

           MIHELL & ASSOCIATES

By: **/s/ Monica A. Mihell**
MONICA A. MIHELL, ESQ. (SBN 108829)
Co-Counsel and Attorneys for Plaintiff and Judgment Creditor, J & J SPORTS PRODUCTIONS, INC.

IT IS SO ORDERED.

Dated: **June 19, 2012**        **/s/ Sandra M. Snyder**
                                    UNITED STATES MAGISTRATE JUDGE